Curtis R. Hussey, Esq. (USB#5488)
Hussey Law Firm, LLC
82 Plantation Pointe Road #288
Fairhope, Alabama  36532-1896
Telephone:  (801) 358-9231
E-mail: chussey@lemberglaw.com

*Of Counsel to*
Lemberg Law, LLC
43 Danbury Road
Wilton, CT  06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Christina Gonzales

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Christina Gonzales,<br>           Plaintiff,<br><br>    vs.<br><br>Capital One Bank (USA) N.A.,<br><br>           Defendants. | Case No.: 2:19-cv-00807-PMW<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: July 27, 2020

                                                                LEMBERG LAW, LLC

By: */s/  Curtis R. Hussey*
Curtis R. Hussey

Attorney for Plaintiff
Christina Gonzales

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Utah Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By: */s/ Curtis R. Hussey*
                                            Curtis R. Hussey