Curtis R. Hussey, Esq. (USB#5488)
Hussey Law Firm, LLC
82 Plantation Pointe Road #288
Fairhope, Alabama  36532-1896
Telephone:  (801) 358-9231
E-mail: chussey@lemberglaw.com

*Of Counsel to*
Lemberg Law, LLC
43 Danbury Road
Wilton, CT  06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Christina Gonzales

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| Christina Gonzales, <br><br> Plaintiff, <br> v. <br><br> Capital One Bank (USA) N.A., <br><br> Defendant. | Civil Action No.: 2:19-cv-00807-PMW |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Christina Gonzales | Capital One Bank (USA) N.A. |
|---|---|
| ___/s/ Curtis R. Hussey_____ | ___/s/ Mark R. Gaylord _____ |
| Curtis R. Hussey, Esq. (USB #5488) <br> Hussey Law Firm, LLC <br> 82 Plantation Pointe Drive, #288 <br> Fairhope, AL 36532 <br> Telephone: (801) 358-9231 <br><br> *Of Counsel to* <br> Lemberg Law, LLC | Mark R. Gaylord, Esq. <br> Tyler M. Hawkins, Esq. <br> Ballard Spahr LLP <br> One Utah Center <br> 201 South Main Street <br> Salt Lake City, UT 84111-2221 <br> Telephone: (801) 531-3000 <br> Attorneys for Defendant |

43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424


_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 24, 2020, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Utah Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                           By /s/ Curtis R. Hussey

                                              Curtis R. Hussey